IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JEROME NORTON,

       Plaintiff,

v.                              CASE NO.   4:13-cv-432-MW/CAS

CAROLYN W. COLVIN,
Acting Commission of
Social Security,

       Defendant.

_____/

ORDER ACCEPTING
<u>REPORT AND RECOMMENDATION</u>

This Court has considered the Magistrate's Report and Recommendation, ECF No. 25, filed March 7, 2014, and has also reviewed *de novo* Plaintiff's Objections to Report and Recommendation, ECF No. 28, filed by counsel for Plaintiff on March 28, 2014.   Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. Plaintiff's objections are not well-taken.   Contrary to Plaintiff's suggestion, the report and recommendation addresses the issue of good cause and

Plaintiff's contentions related thereto.  Specifically, the report and recommendation notes there are no material facts in dispute regarding the issue and that "Counsel has not shown that the Appeals Council erred in rejecting his showing of 'good cause.'"

Defendant's motion to dismiss, ECF No. 13, treated as a motion for summary judgment, ECF No. 15, is **GRANTED**.  The Clerk must enter judgment stating, "Judgment is entered for Defendant against Plaintiff" and close the file.

Not later than seven (7) days of the docketing of this order, counsel for Plaintiff shall certify to this Court that counsel has provided Plaintiff a copy the Report and Recommendation.

**SO ORDERED on April 3, 2014.**

**s/Mark E. Walker**
**United States District Judge**